AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19-6501-Seltzer |
| Michael George ROBINSON | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/20/2019__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 952 | Importation of Cocaine |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Kenneth Hale, Special Agent, HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: __10/23/2019__

_____
Judge's signature

City and state: __Ft. Lauderdale, Florida__        Hon. Barry S. Seltzer, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Kenneth Hale, first being duly sworn, states as follows:

1) I am Special Agent with Homeland Security Investigations (HSI) and have been so employed since September 2011. Prior to that I was a Special Agent with the former Immigration and Customs Enforcement, Office of Investigations, from March 2003 until September 2011. Prior to that, I was a Special Agent with the former United States Customs Service from July 1995 until March 2003. Currently, I am assigned to the HSI Office of the Assistant Special Agent in Charge, Fort Lauderdale in Group 3 (HIDTA). During this time, I have received extensive training and have been assigned to conduct investigations of criminal violations of the United States Code concerning illegal drug trafficking, importation of narcotics into the United States and criminal violations of immigration laws. Furthermore, I am trained and experienced in the methods drug traffickers use in importing, concealing, processing, packaging, warehousing and distributing controlled substances.

2) This affidavit is made in support of a criminal complaint against Michael George ROBINSON (ROBINSON). As set forth below, I respectfully submit there is probable cause to believe that ROBINSON did knowingly import into the United States from a place outside thereof, a controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21 United States Code, Section 952. This affidavit is based upon my personal knowledge, as well as information provided to me by other law enforcement personnel, as well as information provided by non-law enforcement sources. Because this affidavit is submitted for the limited purpose of establishing probable

1

cause in support of a criminal complaint, I have not included each and every fact known to me as it relates to this matter.

3) On October 20, 2019, ROBINSON, a Jamaican national, arrived into the United States at the Fort Lauderdale/Hollywood International Airport ("FLL"), in Broward County, in the Southern District of Florida, from Kingston, Jamaica, on board Spirit Airlines flight number 702. ROBINSON was selected for an enforcement examination by a Customs and Border Protection Officer (CBPO) and escorted to baggage control for secondary inspection.

4) During the inspection, CBPO's conducted a progressive interview of ROBINSON. During the course of the interview, CBPO's observed behavior patterns on ROBINSON which were similar to recent trends from previous internal narcotics couriers. At 1750 hours, ROBINSON confessed to a CBPO, which was witnessed by another CBPO, to ingesting approximately 60 pellets of cocaine the morning of his flight. ROBINSON later amended his statement to 66 pellets of cocaine. ROBINSON admitted to knowledge of other individuals involved in the importation of narcotics into the U.S. At 1845 hours, CBPO's transported ROBINSON to Broward General Hospital. At 2015 hours, a chest/abdomen x-ray was performed on ROBINSON and was positive for foreign objects detected. While in the hospital, ROBINSON ultimately expelled a total of 66 pellets with an approximate total weight of .786 kilograms. A CBPO thereafter cut open one of the pellets revealing a white powdery substance which field tested positive for the properties of cocaine utilizing NarcoPouch #904B for Cocaine Salts and Base. On October 22, 2019, CBPO's escorted ROBINSON back to FLL airport.

5) On October 22, 2019 at approximately 2:57 P.M., your Affiant advised ROBINSON of his *Miranda* rights. ROBINSON agreed to waive his *Miranda* rights and spoke voluntarily with your Affiant and a CBPO. During his post-*Miranda* interview, ROBINSON claimed he did not find out there was cocaine in the pellets until he was at the hospital. ROBINSON stated a man named "Kevin," that he didn't know, called him on Monday and stated he had something that needed to be delivered and that "you're going to know what to do with it." ROBINSON stated Kevin said to get a ticket to Florida and he would get picked up and that he was told to get a ticket as soon as possible, on Sunday or Monday. ROBINSON further admitted that he chose Sunday, and purchased a ticket the night before using his brother's debit card. ROBINSON stated that early Sunday morning, a shoebox containing 66 black pellets was dropped off by the gate at his home and he swallowed them. ROBINSON said a friend drove him to the airport and that a "soldier" of Kevin's, named Germaine, was to pick him up at FLL upon his arrival in the United States. ROBINSON said Germaine knew what he looked like as they had met in Jamaica. When asked if he has done this before, ROBINSON said no.

6) Based on the foregoing facts, your affiant respectfully submits there is probable cause to believe that on or about October 20, 2019, Michael George ROBINSON did knowingly import into the United States from a place outside thereof, a controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Kenneth Hale, Special Agent
Immigration & Customs Enforcement
Homeland Security Investigations

Subscribed to and sworn before me
this 23rd day of October, 2019

_____
HON. BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE