UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60330-CR-Smith(s)
21 U.S.C. § 952(a)
21 U.S.C. § 841(a)(1)

FILED BY_____D.C.

JAN 3 1 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

UNITED STATES OF AMERICA

vs.

MICHAEL GEORGE ROBINSON,

**Defendant.**
_____/

## SUPERSEDING INFORMATION

The United States charges that:

### COUNT 1

On or about October 20, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**MICHAEL GEORGE ROBINSON,**

did knowingly and intentionally import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(3), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

### COUNT 2

On or about October 20, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

## MICHAEL GEORGE ROBINSON,

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

FRANCIS VIAMONTES
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     CASE NO.          19-60330-CR-Smith(s)

vs.

**CERTIFICATE OF TRIAL ATTORNEY\***

**Michael George Robinson,**

_____ Defendant. /     **Superseding Case Information:**

**Court Division**: (Select One)              New Defendant(s)              0
                                              Number of New Defendants      0
    Miami _____ Key West _____     Total number of counts        2
    FTL   __X__ WPB _____ FTP _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No)      NO
   List language and/or dialect     _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days      __X__           Petty       _____
   II   6 to 10 days     _____          Minor       _____
   III  11 to 20 days    _____          Misdem.     _____
   IV   21 to 60 days    _____          Felony      __X__
   V    61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) __YES__
   If yes:
   Judge: __Rodney Smith__        Case No. __19-60330-CR-RS__
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) __YES__
   If yes: Magistrate Case No.   __19-6501-Seltzer__
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   10/22/2019
   Defendant(s) in state custody as of    _____
   Rule 20 from the
                                    District of _____

Is this a potential death penalty case? (Yes or No) _____Yes __X__ No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? _____ Yes __X__ No

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? _____ Yes __X__ No

_____
FRANCIS VIAMONTES
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0958263

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** MICHAEL GEORGE ROBINSON

**Case No:** 19-60330-CR-Smith(s)

Count #: 1

Importation of Cocaine

in violation of Title 21, United States Code, Section 952(a)

\* **Max. Penalty:** 40 years' with a mandatory minimum 5 years' imprisonment; a term of supervised release of at least 3 years' and up to a maximum term of life; $5,000,000 fine.

Count #: 2

Possession with Intent to Distribute Cocaine

in violation of Title 21, United States Code, Section 841(a)(1)

\* **Max. Penalty:** 40 years' with a mandatory minimum 5 years' imprisonment; a term of supervised release of at least 3 years' and up to a maximum term of life; $5,000,000 fine

Count #:

\* **Max. Penalty:**

Count#:

\* **Max. Penalty:**

Count #:

\***Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   19-60330-SR-Smith(s) |
| Michael Geroge Robinson, | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____Timothy Day, AFPD_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*